UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NEW SPIRIT OF PRAYER
MINISTRIES INC.,

   Plaintiff,

v.                                                    No. 4:25-cv-00644-P

CITY OF FOREST HILL,

   Defendant.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, ECF No. 29, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF No. 29, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the above-styled and numbered case is **DISMISSED without prejudice**.

**SO ORDERED** on this **22nd day of April 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE